IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RJ TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>    Defendants. | **Civil Action No. 2:22-cv-401**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO CHANGE LEAD COUNSEL DESIGNATION

Plaintiff RJ Technology LLC ("Plaintiff") hereby requests that the Court change the designation of lead attorney for Plaintiff in the above-styled action. Plaintiff's proposed new lead attorney, Mr. Daniel Zaheer, is a partner at Plaintiff's lead firm, Kobre & Kim, and has played a significant role in managing this case from the beginning, along with Mr. Michael Ng, Plaintiff's designated lead attorney. Mr. Ng has recently reduced his involvement in this case due to commitments that have arisen on other matters, which are likely to continue. In light of Mr. Zaheer's involvement and expected continued management of the case, and Mr. Ng's expected reduced involvement, Plaintiff requests its lead counsel designation be changed from Mr. Michael Ng to Mr. Daniel Zaheer. Because of his involvement and shared case management to date, Mr. Zaheer has full knowledge of the case and authority to argue and negotiate on Plaintiff's behalf in accordance with the requirements in the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes and as required by Local Rule CV-11(a).

Defendants Samsung Electronics Co., LTD and Samsung Electronics America, Inc. do not oppose Plaintiff's requested relief.

Dated: November 6, 2023

Respectfully submitted,

*/s/ Michael Ng by permission Andrea L. Fair*
Michael Ng
California State Bar No. 237915
Daniel A. Zaheer
California State Bar No. 237118
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com
KOBRE & KIM LLP
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4800
Facsimile: 415-582-4811

George Stamatopoulos
New York State Bar No. 5163340
Martine Forneret
New York State Bar No. 5382577
george.stamatopoulos@kobrekim.com

KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Telephone: 212-488-1200
Facsimile: 212-488-1220

Zach Ruby
District of Columbia Bar No. 1030640
zach.ruby@kobrekim.com
KOBRE & KIM LLP
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1900
Facsimile: 202-664-1920

Hangcheng (Robert) Zhou
California State Bar No. 320038
robert.zhou@kobrekim.com

KOBRE & KIM LLP
43RD Floor, 4302-4304 HKRI Centre One, HKRI Taikoo Hui
288 Shimen Yi Road
Shanghai, PRC, 200041
Telephone: +86 21-3210-2100

Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
State Bar No. 24078488
Email: andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
Email: ce@wsfirm.com
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff*
*RJ TECHNOLOGY LLC*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this November 6, 2023, with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

 /s/ Andrea L. Fair
Andrea L. Fair

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

 /s/ Andrea L. Fair
Andrea L. Fair