**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RJ TECHNOLOGY LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 2:22-CV-00401-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO. | § | |
| LTD., and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion to Change Lead Counsel Designation filed by Plaintiff RJ Technology LLC. **Dkt. No. 84**. After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Daniel Zaheer is designated as lead attorney for Plaintiff RJ Technology LLC.

SIGNED this 15th day of November, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1