PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| RJ TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 2:22-CV-401-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR THE COURT TO ISSUE LETTERS OF REQUEST UNDER THE HAGUE CONVENTION**

On this day came for consideration Plaintiff's Motion For The Court to Issue Letters of Request Under the Hague Convention. After considering the same, the Court is of the opinion that the Motion should be **GRANTED**.