IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RJ TECHNOLOGY LLC<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants.* | § § § § § § § § § § § § § §<br><br>CIVIL ACTION No. 2:22-CV-00401-JRG-RSP |

**ORDER**

Before the Court is the Unopposed Motion for the Court to Issue Letters of Request filed by Plaintiff RJ Technology LLC. **Dkt. No. 103.**

Having considered the motion, it is **GRANTED**, and the Court will execute the attached Exhibits. The Clerk is **DIRECTED** to authenticate, under seal of this Court, the Court's signature on the request. Counsel for Plaintiff, or their agents, are hereby **ORDERED** to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued letters of request to the proper authorities.

**SIGNED this 13th day of March, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1